UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA
SECOND DIVISION

---

Stephanie Honken, as Parent
And Guardian of Kiara Honken,
A Minor, and Kiara Honken,
Individually,

           Plaintiffs,

vs.

Chromcraft Revington, Inc.,
And Leggett & Platt,

           Defendants and Third-Party Plaintiffs,

vs.

Paul Honken,

           Third-Party Defendant.

Court File No. 06-4829 RHK/AJB

STIPULATION FOR DISMISSAL
WITH PREJUDICE AND ORDER

---

The above-entitled action having been fully compromised and settled,

IT IS HEREBY STIPULATED AND AGREED by and between the parties hereto, through their respective counsel, that said action may be and hereby is dismissed on the merits with prejudice and without costs and disbursements to any party, and that any party hereto may forthwith and without notice to any other party, apply to the Court pursuant to this Stipulation for an Order directing that judgment of dismissal with prejudice be entered accordingly.

IT IS FURTHER STIPULATED AND AGREED, that the Clerk of said Court, upon the filing of this Stipulation, is hereby authorized and directed to dismiss said action of record.

Dated: 11-8-07

Bradley Bonynge, Esq.
Attorneys for Plaintiffs
100 South Spring Avenue
Suite 140
Sioux Falls, SD 57104

Dated: 11-14-07

_Michael W. Hanson_
Michael W. Hanson, # 0132330
Attorneys for Plaintiffs
505 W. 9th Street, # 100
Sioux Falls, SD 57104
(605) 332-8227

Dated: 11/16/07

**Jardine, Logan & O'Brien, P.L.L.P.**

_Mark A. Fonken_
Mark A. Fonken, # 30740
Attorneys for Defendant Leggett & Platt, Inc.
8519 Eagle Point Blvd., Suite 100
Lake Elmo, MN 55042
(651) 290-6500

Dated: 11/11/07

**Malters, Shepherd & Von Holtum**

_James E. Malters_
James E. Malters, # 67040
Attorneys for Third-Party Defendant Paul Honken
727 Oxford Street – PO Box 517
Worthington, MN 56187-0517
(507) 376-4166

Dated: 11-28-07

Law Offices of Bakken, Robinson & Grove

_Debra J. Heisick_
Debra J. Heisick, # 159104
Attorneys for Defendant Chromcraft Revington, Inc.
701 Xenia Avenue South
Suite 220
Golden Valley, MN 55416
(763) 546-8444

## ORDER

The above-entitled action, having been fully and finally compromised and settled, pursuant to the foregoing Stipulation.

IT IS HEREBY ORDERED that the above-entitled action be, and hereby is dismissed on the merits with prejudice and without costs to any party.

LET JUDGMENT BE ENTERED ACCORDINGLY.

BY THE COURT:

Dated: 12/3/07

_____
Judge of District Court