UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA
SECOND DIVISION

---

Stephanie Honken, as Parent and          Civil No. 06-4829 (RHK/AJB)
Guardian of Kiara Honken, a Minor,
and Kiara Honken, individually,

    Plaintiffs,

vs.                                                                     ORDER

Chromcraft Revington, Inc.
and Leggett & Platt, Inc.,

    Defendants and Third-Party Plaintiffs,

vs.

Paul Honken,

    Third Party Defendant.

---

This matter came before the Court on the application of the Petitioner in accordance with the Petition for minor settlement.

1.

That the Court has approved a settlement of $35,000.00 cash.

That the Court feels that in light of the injuries; the medical expenses paid by Petitioners health insurance; and the circumstance under which the accident took place, the settlement is reasonable.

That the Petition of the Petitioner is approved.

That from the $35,000.00 settlement the following payments shall be allowed:

1.     Petitioner's Attorneys - $13,648.89 ($8,750.00 attorney fees
          $4,898.89 reimbursement for costs)

    2.      Sioux Valley Health Plan - $10,000.00

    3.      Certificate of Deposit - $11,351.11

2.

That the Petitioner shall within 48 hours of receipt the $11,351.11 payment, Deposit said payment in a Certificate of Deposit, in a bank or saving loan covered by Federal Deposit Insurance;

That the Certificate of Deposit shall be issued in the name of Kiara Honken.

That the Certificate of Deposit be transmitted by the financial institution to the Clerk of Court within 5 days after its receipt of the deposit;

That a copy of the Court's order shall be delivered to said financial institution by the Petitioner with the remittance for deposit. The financial institution and the type of investment there shall be as specified in Minn. Stat. 540.08, as amended. Two or more institutions shall be used if necessary to have full Federal Deposit Insurance coverage of the proceeds plus future interest.

IT IS FURTHER ORDERED that the deposit shall remain with the designated financial institution until August 19, 2019, at which time the minor shall reach the age of majority. Time deposits shall be established with a maturity date on or before the date. If automatically renewing instruments of deposit are used, the final renewal period shall be limited to the date of the age of majority. On the date of majority the financial institution is hereby authorized to release the funds to Kiara Honken upon presentation of the deposit book or other deposit documents that has been obtained from the Court Administrator, without further Order of this Court.

That the Petitioner shall, at the time of deposit, supply the financial institution with a tax identification number or a social security number for Kiara Honken; and

That the petitioner shall file or cause to be filed timely state and federal income tax returns on behalf of Kiara Honken.

3.

That at such time as Kiara Honken has received the payment of $11,351.11, the defendants; Chromcraft Revington, Inc; Leggett & Platt, Inc., and Paul Honken shall be entitled to a release and/or satisfaction of judgment from the injured party.

4.

In the Petition, the Petitioner's attorney submitted to the Court medical reports and records which show the extent of the injuries suffered by the Petitioner and the extent of healing.

5.

In the Petition for this case, it was stated the Sioux Valley Health Plan has paid medical bill incurred by Kiara Honken for her injuries. Sioux Valley Health Plan is making a claim for payment of these bills. Furthermore, that none of the Petitioner's attorney fees or expenses have been paid by a third party. Sioux Valley Health Plan will settle is subrogation claim for $10,000.00.

6.

In the Petition, it was stated the Petitioner's attorneys will receive one payment of $23,648.89, out of the settlement as attorney fees, expenses and payment to Sioux Valley Health Plan. Petitioner's attorney will receive no fees out of the remaining $11,351.11, which will be deposited in a Certificate of Deposit.

Let Judgment be entered.

Dated this _____ day of _____, 2007, at St. Paul, Minnesota.

BY THE COURT:

_____
Judge of United States District Court

Attest: Richard D. Sleten
       Clerk of Court

By: _____
    Deputy