AO450 (Rev. 5/85) Judgment in a Civil Case

# UNITED STATES DISTRICT COURT
## District of Minnesota

Stephanie Honken, as Parent and Guardian of Kiara Honken, a minor and Kirat Honken individually

V.

Chromcraft Revington, Inc., And Leggett & Platt

**JUDGMENT IN A CIVIL CASE**

Case Number: 06-4829 RHK/AJB

☐ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☒ **Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED THAT:

the action be and hereby is dismissed on the merits with prejudice and without costs to any party.

| December 4, 2007 | RICHARD D. SLETTEN, CLERK |
|---|---|
| Date | |
| | s/V. Moralez |
| | (By)        V. Moralez,   Deputy Clerk |

Form Modified: 09/16/04